Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Indiana

In re  Dennis Bamber, Inc.                                                          Case No. _____

                                       Debtor(s)                                    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Amati USA Inc<br>1124 Globe Ave<br>P O Box 1429<br>Mountainside, NJ 07092 | Amati USA Inc<br>1124 Globe Ave<br>P O Box 1429<br>Mountainside, NJ 07092 | | | 343,471.99 |
| Beijing Deyong Musical Instr.<br>Ste 1104 Sec B Jia Ye Mansion<br>#6 Nansanhuan Donglu Fengt<br>Beijing, China | Beijing Deyong Musical Instr.<br>Ste 1104 Sec B Jia Ye Mansion<br>#6 Nansanhuan Donglu Fengt<br>Beijing, China | | | 306,932.50 |
| Buffet Crampon USA Inc<br>38889 Eagle Way<br>Chicago, IL 60678-1388 | Buffet Crampon USA Inc<br>38889 Eagle Way<br>Chicago, IL 60678-1388 | | | 614,838.14 |
| Conn-Selmer Inc.<br>PO Box 66980<br>Indianapolis, IN 46266-6980 | Conn-Selmer Inc.<br>PO Box 66980<br>Indianapolis, IN 46266-6980 | | | 3,034,618.59 |
| Epicor Software Corporation<br>Department 1547<br>Los Angeles, CA 90084-1547 | Epicor Software Corporation<br>Department 1547<br>Los Angeles, CA 90084-1547 | | | 227,803.33 |
| Federal Express<br>PO Box 371741<br>Pittsburgh, PA 15250-7741 | Federal Express<br>PO Box 371741<br>Pittsburgh, PA 15250-7741 | | | 375,661.16 |
| Fender Musical Instrument Cor<br>PO Box 52567<br>Phoenix, AZ 85072-2567 | Fender Musical Instrument Cor<br>PO Box 52567<br>Phoenix, AZ 85072-2567 | | | 638,663.64 |
| Fox Products Corporation<br>Box 347<br>South Whitley, IN 46787 | Fox Products Corporation<br>Box 347<br>South Whitley, IN 46787 | | | 159,737.12 |
| Gemstone<br>2437 Reliable Parkway<br>Chicago, IL 60686-0024 | Gemstone<br>2437 Reliable Parkway<br>Chicago, IL 60686-0024 | | | 709,873.58 |
| Getzen Company<br>530 S Highway H<br>Po Box 440<br>Elkhorn, WI 53121 | Getzen Company<br>530 S Highway H<br>Po Box 440<br>Elkhorn, WI 53121 | | | 221,448.50 |
| Gibson Guitar Corp<br>PO Box 277708<br>Atlanta, GA 30384-7708 | Gibson Guitar Corp<br>PO Box 277708<br>Atlanta, GA 30384-7708 | | | 434,380.55 |

In re  Dennis Bamber, Inc. _____   Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jupiter Band Instruments Inc.<br>P O Box 90249<br>Jupiter Account #09113<br>Austin, TX 78709-0249 | Jupiter Band Instruments Inc.<br>P O Box 90249<br>Jupiter Account #09113<br>Austin, TX 78709-0249 | | | 1,402,631.78 |
| Loud Technologies Inc<br>16220 Wood-red Road N.E.<br>PO Box 84223<br>Seattle, WA 98124-5523 | Loud Technologies Inc<br>16220 Wood-red Road N.E.<br>PO Box 84223<br>Seattle, WA 98124-5523 | | | 186,135.13 |
| Midland Paper<br>1140 Paysphere Circle<br>Chicago, IL 60674 | Midland Paper<br>1140 Paysphere Circle<br>Chicago, IL 60674 | | | 340,176.13 |
| Miraphone EG<br>P O Box 11 29<br>84464 Waldkraiburg, Germany | Miraphone EG<br>P O Box 11 29<br>84464 Waldkraiburg, Germany | | | 205,520.95 |
| Pearl Corporation<br>Msc 410273<br>P O Box 415000<br>Nashville, TN 37241-5000 | Pearl Corporation<br>Msc 410273<br>P O Box 415000<br>Nashville, TN 37241-5000 | | | 779,394.31 |
| Perry Judd's<br>3076 Paysphere Circle<br>Chicago, IL 60674 | Perry Judd's<br>3076 Paysphere Circle<br>Chicago, IL 60674 | | | 304,981.95 |
| St Joseph County Treasurer<br>PO Box 4758<br>South Bend, IN 46634-4758 | St Joseph County Treasurer<br>PO Box 4758<br>South Bend, IN 46634-4758 | | | 350,000.00 |
| US Music Corp<br>4802 Paysphere Circle<br>Chicago, IL 60674 | US Music Corp<br>4802 Paysphere Circle<br>Chicago, IL 60674 | | | 278,839.10 |
| Yamaha Corporation<br>Po Box 73035<br>Account #300063<br>Chicago, IL 60673-7035 | Yamaha Corporation<br>Po Box 73035<br>Account #300063<br>Chicago, IL 60673-7035 | | | 2,797,114.73 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 21, 2006                Signature  /s/ Dennis Bamber
                                                  Dennis Bamber
                                                  President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy