In re  Dennis Bamber, Inc.                                    Case No.   06-31800
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Eminence Speaker LlC<br>838 Mulberry Pike<br>P O Box 360<br>Eminence, KY 40019 | | - | | | | | 2,280.43 |
| Account No.<br><br>Employee Plans LLC<br>1111 Chestnut Hills Drive<br>PO Box 1705<br>Fort Wayne, IN 46801-1705 | | - | | | | | 5,248.88 |
| Account No.<br><br>Employee Re-Imbursem<br>South Bend, IN 46637 | | - | | | | | 11,802.97 |
| Account No.<br><br>EMU-Ensoniq<br>1901 McCarthy Blvd.<br>Milpitas, CA 95035 | | - | | | | | 295.18 |
| Account No.<br><br>Endeca<br>55 Cambridge Parkway<br>Cambridge, MA 02142 | | - | | | | | 3,851.25 |

Sheet no. __40__ of __146__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)     23,478.71

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc. ,  Case No. 06-31800
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Energy Billing Service<br>PO Box 210<br>Goshen, IN 46527-0210 | | - | | | | | 26.82 |
| Account No.<br><br>Entertainment Music Marketing<br>770-09 Grand Blvd<br>Deer Park, NY 11729 | | - | | | | | 57,710.07 |
| Account No.<br><br>Epicor Software Corporation<br>Department 1547<br>Los Angeles, CA 90084-1547 | | - | | | | X | 227,803.33 |
| Account No.<br><br>Epifani Custom Sound<br>68 34th Street<br>Brooklyn, NY 11232 | | - | | | | | 619.95 |
| Account No.<br><br>ESP Guitar Company<br>10903 Vanowen St, Unit A<br>N Hollywood, CA 91605 | | - | | | | | 35,830.55 |

Sheet no. 41 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  321,990.72

In re  Dennis Bamber, Inc.
,
Debtor

Case No.  06-31800

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ETA Systems<br>Box 681082<br>Milwaukee, WI 53268-1082 | - | | | | | | 1,039.00 |
| Account No.<br><br>Etros Music LLC<br>10166 Northwest 47th St<br>Sunrise, FL 33351 | - | | | | | | 6,016.40 |
| Account No.<br><br>Etymotic Research<br>61 Martin Ln<br>ELK Grove Vlg, IL 60007 | - | | | | | | 660.00 |
| Account No.<br><br>Everly Music Company<br>2307 W Victory Blvd<br>Burbank, CA 91506 | - | | | | | | 115.20 |
| Account No.<br><br>Evets Corporation<br>P O Box 1327<br>Camarillo, CA 93011 | - | | | | | | 4,024.00 |

Sheet no. 42 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  11,854.60

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.                                                                 ,           Case No.   06-31800
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Exel Global Logistics<br>12072 Collections Center Driv<br>Chicago, IL 60693 | | - | | | | | 939.00 |
| Account No.<br><br>F&F Screw Machine Products<br>4302 Wyland Dr<br>Elkhart, IN 46516 | | - | | | | | 3,562.64 |
| Account No.<br><br>Falcone Festival<br>17269 Valley Drive<br>Big Rapids, MI 49307 | | - | | | | | 200.00 |
| Account No.<br><br>Farley's Musical Essentials<br>PO Box 1090<br>Gold Hill, OR 97525 | | - | | | | | 88.77 |
| Account No.<br><br>Fat Cat Instrument Co Inc<br>380 Riverside Drive #7C<br>New York, NY 10025 | | - | | | | | 230.30 |

Sheet no. 43 of 146 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      5,020.71

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

In re  Dennis Bamber, Inc. ,  Case No.  06-31800
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Federal Express<br>PO Box 371741<br>Pittsburgh, PA 15250-7741 | | - | | | | | 605,851.73 |
| Account No.<br><br>FedEx Freight<br>4103 Collection Center Drive<br>Chicago, IL 60693 | | - | | | | | 2,050.11 |
| Account No.<br><br>Fedex National LTL<br>Receivables Management Group<br>PO Box 95001<br>Lakeland, FL 33804-5001 | | - | | | | | 243.46 |
| Account No.<br><br>FedEx Trade Networks<br>PO Box 4590<br>Buffalo, NY 14240 | | - | | | | | 3,461.57 |
| Account No.<br><br>Fernandes<br>21020 Superior Street<br>Chatsworth, CA 91311 | | - | | | | | 11,062.43 |
| Sheet no. 44 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 622,669.30 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re   Dennis Bamber, Inc.                            ,   Case No.   06-31800
                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ferree's Tools Inc.<br>1477 E Michigan Ave<br>Battle Creek, MI 49017 | | - | | | | | 423.56 |
| Account No.<br><br>Fishman Transducers Inc.<br>340 Fordham Road<br>Wilmington, MA 01887 | | - | | | | | 7,526.08 |
| Account No.<br><br>Fishman, Greg<br>824 Custer Ave<br>Evanston, IL 60202 | | - | | | | | 1,594.80 |
| Account No.<br><br>Fleco Corporation<br>13825 Magnolia Ave<br>Chino, CA 91710 | | - | | | | | 758.00 |
| Account No.<br><br>Florida Flute Association<br>C/o Karl Lutgens<br>401 SW 4th Avey Dr.<br>Ft Lauderdale, FL 33315 | | - | | | | | 250.00 |

Sheet no. 45 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   10,552.44

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.                                  Case No.   06-31800
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Foegley Landscape <br> 52215 N Lilac Rd <br> South Bend, IN 46628 | | - | | | | | 2,008.66 |
| Account No. <br><br> Fokus Mouthpieces <br> PO Box 1134 <br> Escondido, CA 92033 | | - | | | | | 48.00 |
| Account No. <br><br> Fontana Chamber Arts <br> 359 S Kalamazoo Mall, Ste 200 <br> Kalamazoo, MI 49007 | | - | | | | | 200.00 |
| Account No. <br><br> Forest Signs Group <br> 2729 S Main <br> South Bend, IN 46614 | | - | | | | | 550.00 |
| Account No. <br><br> Fox Products Corporation <br> Box 347 <br> South Whitley, IN 46787 | | - | | | | | 159,737.12 |

Sheet no. __46__ of __146__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    162,543.78

In re  Dennis Bamber, Inc.  ,   Case No. 06-31800
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fratelli Patricola Instrument<br>Via E Beltrami 9/C- Zona Arti<br>Castelnuovo Scrivia   15053 | | - | | | | | 22,450.00 |
| Account No.<br><br>Fred Russell Publishing LLC<br>52 Collis Sreeet<br>West Haven, CT 06516 | | - | | | | | 3,554.83 |
| Account No.<br><br>FreeHand Systems Inc<br>95 First Street Ste 200<br>Los Altos, CA 94022 | | - | | | | | 48,691.97 |
| Account No.<br><br>French American Reeds Inc.<br>80 Mill Masters Drive<br>Jackson, TN 38305 | | - | | | | | 306.43 |
| Account No.<br><br>Frontier Design Group<br>240 Mechanic St<br>Lebanon, NH 03766 | | - | | | | | 463.00 |

Sheet no. 47 of 146 sheets attached to Schedule of   Subtotal   75,466.23
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.    Case No.  06-31800
                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Full Moon Advertising <br> 5717 Beech Avenue <br> Coloma, MI 49038 | | - | | | | | 6,445.00 |
| Account No. <br><br> Fun Publishing Co <br> 2121 Alpine Pl #402 <br> Cincinnati, OH 45206 | | - | | | | | 43.40 |
| Account No. <br><br> Furman Sound Inc. <br> Dept 9708 <br> Los Angeles, CA 90084-9708 | | - | | | | | 3,929.16 |
| Account No. <br><br> G Cosentino <br> Carlos Pellegrini <br> 743 - Floor 5 - Office 26 <br> Buenos Aires | | - | | | | | 529.20 |
| Account No. <br><br> G Holtz Corporation <br> Glenn Edward Brand <br> 120 West Lexington <br> Elkhart, IN 46516 | | - | | | | | 20,005.47 |

Sheet no. __48__ of __146__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  30,952.23

Official Form 6F (10/06) - Cont.

| In re | Dennis Bamber, Inc. | Case No. | 06-31800 |
|---|---|---|---|
| | Debtor | | |

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> G Neil Holiday Greetings <br> 720 International Parkway <br> PO Box 450939 <br> Sunrise, FL 33345-0939 | | - | | | | | 3,449.90 |
| Account No. <br> Galaxy Audio Inc. <br> P O Box 16285 <br> Wichita, KS 67216-0285 | | - | | | | | 1,281.82 |
| Account No. <br> Garman Electric <br> 1118 Forest Ave <br> PO Box 492 <br> Mishawaka, IN 46545 | | - | | | | | 3,030.00 |
| Account No. <br> Gary Castelluccio & Associate <br> 57 Crooks Avenue <br> Clifton, NJ 07011 | | - | | | | | 530.72 |
| Account No. <br> Gator Cases Inc. <br> 3421 N Lakeview Drive #138 <br> Tampa, FL 33618 | | - | | | | | 31,016.01 |

Sheet no. 49 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     39,308.45

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc. ,  Case No.  06-31800
           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gatorchase Productions LLC<br>PO Box 189<br>Ocean Gate, NJ 08740 | - | | | | | | 4,013.00 |
| Account No.<br><br>Gazlay, Nan<br>2032 Abilene Ct<br>Ft Collins, CO 80525 | - | | | | | | 240.00 |
| Account No.<br><br>GCI Technologies<br>1 Mayfield Avenue<br>Edison, NJ 08837-3820 | - | | | | | | 34.65 |
| Account No.<br><br>Gear Ink<br>715 Bordeaux Street<br>New Orleans, LA 70115 | - | | | | | | 1,156.56 |
| Account No.<br><br>Gem Woodwind Products<br>Gary E Moody<br>Po Box 273291<br>Ft Collins, CO 80527 | - | | | | | | 6,324.00 |

Sheet no. 50 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  11,768.21

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.                               Case No.   06-31800
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gemstone <br> 2437 Reliable Parkway <br> Chicago, IL 60686-0024 | | - | | | | | 953,243.23 |
| Account No. <br><br> General Music Corp <br> 1164 Tower Ln <br> Bensenville, IL 60106 | | - | | | | | 353.62 |
| Account No. <br><br> General Music Curriculum Inc. <br> 2768-C Wayfaring Lane <br> Lisle, IL 60532 | | - | | | | | 107.40 |
| Account No. <br><br> GenieSoft Inc. <br> 113 Sommett Blvd. <br> Summerville, SC 29483 | | - | | | | | 566.40 |
| Account No. <br><br> Getzen Company <br> 530 S Highway H <br> Po Box 440 <br> Elkhorn, WI 53121 | | - | | | | | 234,112.00 |

Sheet no.  51  of  146  sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    1,188,382.65

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc. ,  Case No.  06-31800
                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ghent Manufaturing Inc<br>2999 Henkle Drive<br>Lebanon, OH 45036 | | - | | | | | 180.65 |
| Account No.<br><br>GHS Corporation<br>PO Box 136<br>Battle Creek, MI 49016 | | - | | | | | 10,354.06 |
| Account No.<br><br>GI Apparel Inc<br>CIT Group/ Commercial Service<br>PO Box 1036<br>Charlotte, NC 28201-1036 | | - | | | | | 656.48 |
| Account No.<br><br>Gillis Company Inc<br>P.O. Box 65<br>51093 Bittersweet Rd<br>Granger, IN 46530 | | - | | | | | 1,502.72 |
| Account No.<br><br>Glen Road Systems, Inc.<br>401 E. Elm Street<br>Conshohocken, PA 19428 | | - | | | | | 7,500.00 |

Sheet no. 52 of 146 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   20,193.91

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.
                                                Debtor

Case No.  06-31800

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Godin Guitar Company<br>19420 Avenue Clark-Graham<br>Baie D'Urfe H9X 3R8 | - | | | | | | 5,438.34 |
| Account No.<br><br>Godlyke Distributing Inc<br>P O Box 3076<br>Clifton, NJ 07012 | - | | | | | | 725.00 |
| Account No.<br><br>Gold Tone Musical Instruments<br>3700 S Washington Ave<br>Titusville, FL 32780-5737 | - | | | | | | 10,748.50 |
| Account No.<br><br>Golden Bridge<br>5220 Mayfield Rd<br>Cleveland, OH 44124 | - | | | | | | 4,528.95 |
| Account No.<br><br>Good For The Goose Products<br>PO Box 20692<br>Indianapolis, IN 46220 | - | | | | | | 1,130.80 |

Sheet no. 53 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   22,571.59

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc. ,  
Debtor

Case No.  06-31800

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gorg International<br>One Solutions Way<br>Suite #113<br>Waynesboro, VA 22980 | | - | | | | | 4,092.94 |
| Account No.<br><br>GramTel Midwest Inc<br>PO Box 720<br>South Bend, IN 46601 | | - | | | | | 4,160.25 |
| Account No.<br><br>Gretsch Gear<br>PO Box 126<br>Ringoes, NJ 08551 | | - | | | | | 1,707.90 |
| Account No.<br><br>GRK- Mafco<br>1200 Dayton St<br>Hamilton, OH 45011-4220 | | - | | | | | 8,172.82 |
| Account No.<br><br>Groove Tubes<br>1543 Truman<br>San Fernando, CA 91340 | | - | | | | | 65.00 |

Sheet no. 54 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  18,198.91

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.                                            Case No.   06-31800
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Group One Ltd<br>70 Sea Lane<br>Farmingdale, NY 11735-3900 | | - | | | | | 5,047.85 |
| Account No.<br><br>Grover Musical Products<br>3800 Kelley Avenue<br>Cleveland, OH 44114 | | - | | | | | 25,852.26 |
| Account No.<br><br>Grover Pro Percussion<br>22 Prospect Ave, Unit #7<br>Woburn, MA 01801 | | - | | | | | 7,063.81 |
| Account No.<br><br>Grundorf Corp<br>721 Ninth Avenue<br>Council Blfs, IA 51501-6335 | | - | | | | | 1,069.15 |
| Account No.<br><br>Gryphon House<br>PO Box 207<br>Beltsville, MD 20704 | | - | | | | | 142.45 |

Sheet no. 55 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   39,175.52

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  Dennis Bamber, Inc.                                             Case No.  06-31800
                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Guitar One Magazine <br> P O Box 60000 <br> Lock Box File 30337 <br> San Francisco, CA 94160 | | - | | | | | 3,200.00 |
| Account No. <br><br> H Wilson Company <br> 555 W Taft Dr <br> Quote #sPQ-02091 <br> South Holland, IL 60473-0365 | | - | | | | | 4,008.90 |
| Account No. <br><br> Hal Leonard Corp <br> Bin 88410 <br> Milwaukee, WI 53288-0410 | | - | | | | | 11,647.83 |
| Account No. <br><br> Hall Crystal Flutes <br> 17220 Sargent Road SW <br> Rochester, WA 98579-8546 | | - | | | | | 134.23 |
| Account No. <br><br> Hamilton Electronics <br> P O Box 23941 <br> Newark, NJ 07189-0941 | | - | | | | | 13.34 |

Sheet no. 56 of 146 sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)       19,004.30

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.                                    Case No.   06-31800
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hansenfutz<br>273 Middle Park Dr<br>Souderton, PA 18964 | | - | | | | | 4,463.26 |
| Account No.<br><br>Harman Music Group<br>PO Box 35081<br>Newark, NJ 07193-5081 | | - | | | | | 57,671.08 |
| Account No.<br><br>Harman Pro North America<br>Newark Post Office<br>P.O. Box 35174<br>Newark, NJ 07193-5174 | | - | | | | | 708.79 |
| Account No.<br><br>Harris Teller Inc.<br>7400 South Mason<br>Chicago, IL 60638 | | - | | | | | 4,426.25 |
| Account No.<br><br>Harter Supply<br>PO Box 782<br>Granger, IN 46530 | | - | | | | | 900.64 |

Sheet no. __57__ of __146__ sheets attached to Schedule of       Subtotal            68,170.02
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc. ,   Case No.  06-31800
                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hasler Inc<br>PO Box 895<br>Shelton, CT 06484-0895 | - | | | | | | 31.80 |
| Account No.<br><br>Hatley<br>PO Box 218<br>950 Beaumont<br>Montreal QC H3N 1V | - | | | | | | 825.00 |
| Account No.<br><br>Hauser List Services Inc<br>370 Marie Court<br>E Meadow, NY 11554-4304 | - | | | | | | 388.50 |
| Account No.<br><br>Hayes School Publishing Co In<br>321 Pennwood Avenue<br>Wilkinsburg, PA 15221 | - | | | | | | 1,740.25 |
| Account No.<br><br>Heaven & Earth<br>143 Dixie Way South<br>South Bend, IN 46637 | - | | | | | | 630.00 |

Sheet no. 58 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,615.55

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.                                     ,   Case No.   06-31800
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Henry Import & Export<br>3890 Bayshore Blvd<br>Brisbane, CA 94005 | - | | | | | | 171.60 |
| Account No.<br><br>Henry Schein Inc<br>135 Duryea Road<br>Customer #1394318<br>Melville, NY 11747 | - | | | | | | 903.83 |
| Account No.<br><br>HHI<br>2395 Arbor Tech Drive<br>Hebron, KY 41048 | - | | | | | | 389.73 |
| Account No.<br><br>High Scope<br>600 North River Street<br>Ypsilanti, MI 48198 | - | | | | | | 213.69 |
| Account No.<br><br>Hill Truck Sales Inc.<br>P O Box 598<br>South Bend, IN 46624-0598 | - | | | | | | 2,843.15 |

Sheet no. 59 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   4,522.00