Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.  ,   Case No.   06-31800
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hill's Enterprises Inc.<br>6447 Niles Road<br>St Joseph, MI 49085 | - | | | | | | 8,082.50 |
| Account No.<br><br>Hill's True Value Hardware<br>52295 US 33 North<br>South Bend, IN 46637 | - | | | | | | 64.00 |
| Account No.<br><br>Hohner Inc<br>PO Box 15035<br>Richmond, VA 23227-0167 | - | | | | | | 76,982.60 |
| Account No.<br><br>Holland Arts & Studios<br>P O Box 6356<br>Longmont, CO 80501 | - | | | | | | 327.75 |
| Account No.<br><br>Hoosier Cleaning Service<br>53441 Oakton Drive<br>South Bend, IN 46635 | - | | | | | | 3,360.00 |

Sheet no.  60  of  146  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    88,816.85

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.                               ,           Case No.   06-31800
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hosa Technology Inc.<br>6650 Caballero Blvd<br>Buena Park, CA 90620 | | - | | | | | 4,316.90 |
| Account No.<br><br>Hoshino Usa Inc<br>1726 Winchester Rd<br>Bensalem, PA 19020 | | - | | | | | 42,393.72 |
| Account No.<br><br>Hot Sticks Mfg Co Inc<br>P O Box 356<br>Waveland, MS 39576 | | - | | | | | 601.32 |
| Account No.<br><br>House Of Troy<br>902 Silver Ridge Road<br>Hyde Park, VT 05655 | | - | | | | | 466.59 |
| Account No.<br><br>Howard Core & Company<br>PO Box 1650<br>Anniston, AL 36202 | | - | | | | | 5,149.67 |

Sheet no. 61 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   52,928.20

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   Dennis Bamber, Inc. ,  Case No.   06-31800
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Humes & Berg Mfg. <br> 4801 Railroad Ave <br> Account #156325 <br> East Chicago, IN 46312 | | - | | | | | 27,251.00 |
| Account No. <br><br> Ice Pix Corp <br> 1746 N Cherokee Ave Ste 4-0 <br> Hollywood, CA 90028 | | - | | | | | 388.41 |
| Account No. <br><br> IDI Payroll Services <br> 4006 N Keystone Ave <br> Indianapolis, IN 46205 | | - | | | | | 2,315.42 |
| Account No. <br><br> IGuitar Inc <br> PO Box 540 <br> Lagrangeville, NY 12540-0540 | | - | | | | | 1,570.06 |
| Account No. <br><br> IK Multimedia <br> 1153 Sawgrass Corporate Pkwy <br> Sunrise, FL 33323 | | - | | | | | 7,536.28 |

Sheet no.  62  of  146  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    39,061.17

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.                                                      Case No.  06-31800
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Indiana Sheriff's Association<br>P O Box 19127<br>Indianapolis, IN 46219 | - | | | | | | 50.00 |
| Account No.<br><br>Industrial Services<br>PO Box 899<br>South Bend, IN 46624 | - | | | | | | 8,710.15 |
| Account No.<br><br>Information Technology Servic<br>PO Box 752167<br>Charlotte, NC 28275-2167 | - | | | | | | 34.35 |
| Account No.<br><br>Innovative Percussion Inc<br>470 Metroplex Drive<br>Suite 214<br>Nashville, TN 37211 | - | | | | | | 5,483.45 |
| Account No.<br><br>Instrumental Distribution LLC<br>2410 Hickman Rd<br>Ann Arbor, MI 48105 | - | | | | | | 11,385.00 |

Sheet no. 63 of 146 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     25,662.95

In re  Dennis Bamber, Inc. ,   Case No. 06-31800
             Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Instrumentalist<br>200 Northfield Rd<br>Northfield, IL 60093 | - | | | | | | 43.80 |
| Account No.<br><br>Integrated Global Solutions<br>PO Box 205<br>Westfield, MA 01086-0205 | - | | | | | | 92.98 |
| Account No.<br><br>Integrated Warehouse Solution<br>P O Box 87916<br>Carol Stream, IL 60188 | - | | | | | | 39,664.95 |
| Account No.<br><br>International Trombone Assoc.<br>PO Box 228<br>Commerce, TX 75429 | - | | | | | | 4,116.00 |
| Account No.<br><br>International Trumpet Guild<br>David C. Jones, Treasurer<br>241 E. Main St #247<br>Westfield, MA 01085-3307 | - | | | | | | 2,070.00 |

Sheet no. 64 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   45,987.73

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.,
                Debtor

Case No.   06-31800

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>International Tuba & Euphoniu Association<br>2253 Downing Street<br>Denver, CO 80205 | | - | | | | | 535.50 |
| Account No.<br><br>Interpro Group Inc<br>PO Box 155010<br>Fort Worth, TX 76155 | | - | | | | | 2,817.55 |
| Account No.<br><br>IPlayMusic Inc<br>144 S Whisman Unit H<br>Mountain View, CA 94041 | | - | | | | | 324.60 |
| Account No.<br><br>ISP Technologies<br>5499 Perry Drive Suite Q<br>Waterford, MI 48329 | | - | | | | | 1,452.00 |
| Account No.<br><br>ISSMA Inc<br>100 East Thompson Rd<br>Indianapolis, IN 46227 | | - | | | | | 550.00 |

Sheet no. 65 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   5,679.65

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.                                         Case No.   06-31800
                             Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>J D'addario & Copany<br>P O Box 27910<br>New York, NY 10087-7910 | | - | | | | | 85,690.28 |
| Account No.<br><br>J&M Innovative Products Inc<br>975 West 850 South<br>Woods Cross, UT 84087 | | - | | | | | 62.40 |
| Account No.<br><br>JA Musik USA<br>PO Box 1681<br>Elkhart, IN 46515 | | - | | | | | 73,129.00 |
| Account No.<br><br>Jakob Winter Cases GMBH<br>Graslitzer Str 10 PF1462<br>Nauheim | | - | | | | | 8,901.07 |
| Account No.<br><br>Jamey Aebersold Jazz Inc<br>PO Box 1244<br>1211 Aebersold Drive<br>New Albany, IN 47151-1244 | | - | | | | | 3,635.67 |

Sheet no. 66 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  171,418.42

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.                                                   Case No.  06-31800
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jamil Packaging Corp<br>P O Box 684<br>Mishawaka, IN 46546 | | - | | | | | 19,029.04 |
| Account No.<br><br>Jarvis Industries<br>PO Box 706<br>Spring, TX 77383-0706 | | - | | | | | 22,967.21 |
| Account No.<br><br>Jazztimes Inc<br>8737 Colesville Rd Fifth Fl<br>Silver Spring, MD 20910-3921 | | - | | | | | 4,359.00 |
| Account No.<br><br>JBL Professional<br>Church Street Station<br>P O Box 4438<br>New York, NY 10261-4438 | | - | | | | | 40,050.36 |
| Account No.<br><br>JBS Inc.<br>3 Lamp Post Lane<br>Chadds Ford, PA 19317 | | - | | | | | 58,000.00 |

Sheet no. 67 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  144,405.61

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.,                                      Case No.   06-31800
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jeff Gold Graphics <br> 2181 Walden Hill Road <br> Danville, VT 05828 | - | | | | | | 96.00 |
| Account No. <br><br> Jeff Laibson Artworks <br> 13 Gash Farm Road <br> Asheville, NC 28805 | - | | | | | | 120.00 |
| Account No. <br><br> Jeffers Hand Bell Supply <br> Po Box 1728 <br> 555 WESTERN LANE <br> Irmo, SC 29063-1728 | - | | | | | | 352.59 |
| Account No. <br><br> Jeffery David Jewelry <br> 1123 Zonolite Rd # 16 <br> Atlanta, GA 30306 | - | | | | | | 408.80 |
| Account No. <br><br> Jelinek Cork Group <br> 4500 Witmer Industrial Estate <br> PMB 167 <br> Niagara Falls, NY 14305-1386 | - | | | | | | 179.62 |

Sheet no.  68  of  146  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,157.01

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc. ,   Case No.   06-31800
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Jet-Tone<br>4004 Technology Drive<br>South Bend, IN 46637 | | - | | | | | 54.00 |
| Account No.<br>Jewel Musical Products<br>53844 Cherrywood Dr<br>Shelby Twp, MI 48315 | | - | | | | | 15,819.07 |
| Account No.<br>JJ Babbitt Company<br>2201 Industrial Parkway<br>PO BOX 1264<br>Elkhart, IN 46516 | | - | | | | | 14,896.38 |
| Account No.<br>JL Smith & Company<br>901 Blairhill Rd<br>Charlotte, NC 28217 | | - | | | | | 4,773.08 |
| Account No.<br>Jo-Ral Mutes<br>4004 Technology Rd<br>South Bend, IN 46628 | | - | | | | | 28,392.02 |

Sheet no. 69 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     63,934.55

In re  Dennis Bamber, Inc.  ,  Case No. 06-31800
           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Joe Blow T's Inc <br> CIT Group/ Commercial Service <br> PO Box 1036 <br> Charlotte, NC 28201-1036 | - | | | | | | 408.00 |
| Account No. <br> John Denman International <br> 1542 East Lester Street <br> PO Box 210004 <br> Tucson, AZ 85719 | - | | | | | | 2,310.00 |
| Account No. <br> John Racina Music <br> PMB #284 <br> 624 West University <br> Denton, TX 76201-1889 | - | | | | | | 86.26 |
| Account No. <br> John Wiley & Sons Publishing <br> PO Box 34587 <br> Newark, NJ 07189-4587 | - | | | | | | 102.04 |
| Account No. <br> Jones Double Reed Products <br> P O Box 3888 <br> Spokane, WA 99220 | - | | | | | | 54,209.33 |

Sheet no. 70 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  57,115.63

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.  ,    Case No.   06-31800
         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> JR Music Supply LLC <br> 93 Hazel Street <br> Woonsocket, RI 02895 | | - | | | | | 14,312.68 |
| Account No. <br><br> JTG Of Nashville <br> Po Box 158116 <br> Nashville, TN 37215 | | - | | | | | 376.71 |
| Account No. <br><br> Jupiter Band Instruments Inc. <br> P O Box 90249 <br> Jupiter Account #09113 <br> Austin, TX 78709-0249 | | - | | | | | 1,552,667.34 |
| Account No. <br><br> Just Mailings <br> 850 Marietta St Suite 200 <br> South Bend, IN 46601 | | - | | | | | 2,612.25 |
| Account No. <br><br> JVC Company Of America <br> Dept CH 17109 <br> Palatine, IL 60055-7109 | | - | | | | | 68.40 |
| Sheet no. 71 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 1,570,037.38 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc. ,                                Case No.  06-31800
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kaman Music Corporation<br>PO Box 30330<br>Hartford, CT 06150 | - | | | | | | 136,778.66 |
| Account No.<br><br>Kanstul Musical Instruments<br>1332 S. Claudina<br>Anaheim, CA 92805 | - | | | | | | 31,614.30 |
| Account No.<br><br>Kawai America Corporation<br>File No 22164<br>Los Angeles, CA 90074-2164 | - | | | | | | 8,947.68 |
| Account No.<br><br>Kaysound Imports Inc.<br>5 Cotton Lanenue<br>Champlain, NY 12919 | - | | | | | | 19,216.49 |
| Account No.<br><br>Kellermeyer<br>1025 Brown Avenue<br>Toledo, OH 43607 | - | | | | | | 416.31 |

Sheet no. 72 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   196,973.44

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.  ,  Case No.  06-31800
                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kelley Intn'l Sales<br>P O Box 223851<br>Hollywood, FL 33022 | | - | | | | | 8,320.11 |
| Account No.<br><br>Kelly Anderson & Associates<br>424 N Washington St<br>Alexandria, VA 22314-2312 | | - | | | | | 3,000.00 |
| Account No.<br><br>Kelly Services<br>1212 Solutions Center<br>Chicago, IL 60677-1002 | | - | | | | | 3,019.95 |
| Account No.<br><br>KeNi Music<br>24650 Oaks Boulevard<br>Land O' Lakes, FL 34639 | | - | | | | | 1,031.00 |
| Account No.<br><br>Kimbo Educational<br>PO Box 477<br>10 N 3rd Ave<br>Long Branch, NJ 07740 | | - | | | | | 1,796.63 |

Sheet no. 73 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  17,167.69

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.                                    ,   Case No.   06-31800
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kiwi Wind Products<br>Box 25343<br>Woodbury, MN 55125-0343 | - | | | | | | 498.82 |
| Account No.<br><br>Knapp, Daniel B.<br>2016 Ball Ct.<br>Rochester, IN 46975 | - | | | | | | 444.00 |
| Account No.<br><br>Koala Music Products<br>PO Box 21168<br>St Petersburg, FL 33742-1168 | - | | | | | | 39.90 |
| Account No.<br><br>Korg U.S.A<br>PO Box 9675<br>Uniondale, NY 11555-9675 | - | | | | | | 136,644.41 |
| Account No.<br><br>KRK Systems Inc.<br>PO Box 51776<br>Los Angeles, CA 90051-6076 | - | | | | | | 2,310.34 |

Sheet no. 74 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    139,937.47

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.  
                  Debtor

Case No.  06-31800

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kropp Fire Protection Inc.<br>59685 Market Street<br>South Bend, IN 46614 | | - | | | | | 1,548.83 |
| Account No.<br><br>Kuehne & Nagel Inc<br>PO Box 21463 Network Place<br>Chicago, IL 60673-1214 | | - | | | | | 227.50 |
| Account No.<br><br>Kydd Basses<br>10 Chatham Road<br>Upper Darby, PA 19082 | | - | | | | | 1,397.50 |
| Account No.<br><br>Lab Safety Supply Inc<br>#6155033<br>PO Box 5004<br>Janesville, WI 53547-5004 | | - | | | | | 131.49 |
| Account No.<br><br>Langel, Mark<br>17831 Ponader Dr<br>South Bend, IN 46635 | | - | | | | | 1,967.00 |

Sheet no. 75 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  

5,272.32

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc.                                    Case No.   06-31800
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>LaPlace Electric<br>702 South Main<br>Mishawaka, IN 46544 | - | | | | | | 4,561.91 |
| Account No.<br><br>Larilee Woodwind Corp.<br>717 W Beardsley Ave<br>Elkhart, IN 46514 | - | | | | | | 8,114.88 |
| Account No.<br><br>Laskey Company<br>270 N Eisenhower Lane, Ste 8<br>Lombard, IL 60148 | - | | | | | | 5,481.00 |
| Account No.<br><br>Leather Specialties Co<br>726 Everett Road<br>Pisgah Forest, NC 28768-8626 | - | | | | | | 463.68 |
| Account No.<br><br>Legere Reeds Ltd.<br>39 Weatherup Crescent<br>Barrie, Ontario L4N 7J6 | - | | | | | | 14,499.00 |

Sheet no.  76  of  146  sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  33,120.47

In re  Dennis Bamber, Inc. ,  Case No. 06-31800
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> LESEA Broadcasting <br> 61300 S Ironwood <br> South Bend, IN 46614 | - | | | | | | 8,000.00 |
| Account No. <br> Levy's Leathers <br> P O Box 3044 <br> Winnipeg, MB R3C 4E5 | - | | | | | | 4,575.07 |
| Account No. <br> Lewis And Associates <br> 1201 W Golden Ln <br> Phoenix, AZ 85021 | - | | | | | | 20.11 |
| Account No. <br> Liebert Corporation <br> C/O Quality Applied Systems I <br> 7826 Opportunity Drive <br> Fort Wayne, IN 46825 | - | | | | | | 2,840.61 |
| Account No. <br> Liemar Technologies LLC <br> PO Box 68883 <br> Tucson, AZ 85737 | - | | | | | | 682.37 |

Sheet no. 77 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  16,118.16

Official Form 6F (10/06) - Cont.

In re  Dennis Bamber, Inc. ,  
        Debtor

Case No.  06-31800

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Line 6 Inc. <br> Dept LA22031 <br> Pasadena, CA 91185-2031 | | - | | | | | 30,944.80 |
| Account No. <br> LinkShare Corporation <br> PO Box 11362A <br> New York, NY 10286-1362 | | - | | | | | 34,570.82 |
| Account No. <br> Liquid Magazine <br> 1601 E Bowman St <br> South Bend, IN 46613 | | - | | | | | 700.00 |
| Account No. <br> Lisa's Music Box <br> 17260 Brandel Ave <br> South Bend, IN 46635 | | - | | | | | 131.44 |
| Account No. <br> Listen Technologies <br> 14912 Heritagecrest Way <br> Salt Lake City, UT 84065 | | - | | | | | 1,735.22 |

Sheet no. 78 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  68,082.28

Official Form 6F (10/06) - Cont.

In re   Dennis Bamber, Inc.   ,   Case No.   06-31800
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>LM Products Inc.<br>1325 Meridian Street<br>Anderson, IN 46016 | - | | | | | | 7,007.35 |
| Account No.<br><br>Logo Boys Embroidery Inc<br>3102 N Home Street<br>Mishawaka, IN 46545 | - | | | | | | 8,634.85 |
| Account No.<br><br>Lost Country Music<br>P O Box 44115<br>Tucson, AZ 85733 | - | | | | | | 560.00 |
| Account No.<br><br>Loud Technologies Inc<br>16220 Wood-red Road N.E.<br>PO Box 84223<br>Seattle, WA 98124-5523 | - | | | | | | 195,418.04 |
| Account No.<br><br>Loyalty Lab<br>300 California St, 7th Fl<br>San Francisco, CA 94104 | - | | | | | | 10,000.00 |

Sheet no. 79 of 146 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   221,620.24