OVER THE COUNTER

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
10 FEB 16 PM 2:50

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

IN THE MATTER OF )
)
DENNIS BAMBER, INC. ) CASE NO. 06-31800
) Chapter 7
Debtor )

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Chapter 7 Trustee Joseph D. Bradley and notifies this Court as follows:

1. That pursuant to 11 U.S.C. §347(a) and Rule 3011 of the Bankruptcy Rules, your Trustee wishes to deposit with the Clerk of this Court the funds of this bankruptcy estate representing unclaimed funds issued as a check to a creditor, which check has gone unpaid for more than 90 days after its issuance by your Trustee.

2. That the name and address of the entity and the amount which it is entitled to be paid from the funds being deposited with the Clerk of the Court herewith is as follows:

| NAME | DIVIDEND PAYABLE |
|---|---|
| Unitec<br>1250 Bedford Avenue SW<br>Canton, OH 44710-2100 | $740.00 |

Submitted this 16th day of February, 2010.

/s/ Joseph D. Bradley, Trustee
JOSEPH D. BRADLEY, Trustee
#11742-71
105 E. Jefferson Blvd., Suite 512
South Bend, IN 46601
Telephone: (574) 234-5091
jdbjd@mindspring.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing NOTICE OF DEPOSIT OF UNCLAIMED FUNDS was served electronically upon the Office of the U.S. Trustee, at <u>ustpregion10.so.ecf@usdoj.gov</u>, this 16th day of February, 2010.

                                        /s/ Joseph D. Bradley
                                        JOSEPH D. BRADLEY