UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DENNIS BAMBER, INC. | ) | CASE NO. 06-31800 |
| dba The Woodwind & The Brasswind | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Chapter 7 Trustee Joseph D. Bradley and notifies this Court as follows:

1.  That pursuant to 11 U.S.C. §347(a) and Rule 3011 of the Bankruptcy Rules, your Trustee wishes to deposit with the Clerk of this Court the funds of this bankruptcy estate representing unclaimed funds issued as a check to a creditor, which check has gone unpaid for more than 90 days after its issuance by your Trustee.

2.  That the name and address of the entity and the amount which it is entitled to be paid from the funds being deposited with the Clerk of the Court herewith is as follows:

| NAME | DIVIDEND PAYABLE |
|---|---|
| Ark Corporation<br>5727 W. Wright Street<br>Milwaukee, WI 53210 | $   86.47 |
| Meisel Stringed Instruments<br>32 Commerce Street<br>P.O. Box 90<br>Springfield, NJ 07081-0090 | 1,139.38 |
| Don't Fret Enterprises<br>c/o Dr. Phillip Coonce<br>1127 Gretta N.E.<br>Albuquerque, NM 87112-5553 | 54.54 |

| | |
|---|---:|
| Digital Edge Distribution<br>2660 3rd St. #201<br>San Francisco, CA 94107 | 43.97 |
| Electronic Courseware System<br>1713 S. State St., 2nd Floor<br>Champaign, IL 61820-7258 | 48.43 |
| JBS, Inc.<br>3 Lamp Post Lane<br>Chadds Ford, PA 19317 | 2,878.76 |
| Weekend Rocker, Inc.<br>6809 Chaucer Court<br>Indianapolis, IN 46220-4333 | 24.85 |
| Children's Group<br>CBSD<br>P.O. Box 1201<br>Buffalo, NY 14240-1201 | 18.83 |
| Adecco USA, Inc.<br>175 Broad Hollow Rd.<br>Melville, NY 11747-8905 | 847.89 |
| West Penn Wire<br>2833 W. Chestnut St.<br>Washington, PA 15301 | 117.10 |
| Raymond Leasing Corporation<br>c/o Associated Material Handling<br>3106 Independence Drive<br>Fort Wayne, IN 46808 | 167.04 |
| Campbell Electric Co., Inc.<br>P.O. Box 1142<br>Mishawaka, IN 46546-1142 | 320.88 |
| Printer's Ink Ltd.<br>429 N. Hickory<br>South Bend, IN 46615 | 46.31 |
| Minarik Guitars<br>413 Ross Street<br>Glendale, CA 91207 | 33.98 |

| | |
|---|---:|
| Native Instruments<br>5631A Hollywood Blvd.<br>Los Angeles, CA 90028 | 171.99 |
| Talkingmetal.com<br>John Ostrosky<br>55-606 River Drive South<br>Jersey City, NJ 07310-1715 | 49.32 |
| Screamin<br>P.O. Box 1346<br>McMurray, PA 15317-4346 | 73.23 |
| Fleco Corporation<br>13825 Magnolia Ave.<br>Chino, CA 91710 | 37.38 |
| Orpheus Music<br>325 Nolan St.<br>San Antonio, TX 78202-2157 | 7,505.84 |
| Maestro Innovations, Inc.<br>6876 Roundleaf Court<br>Mississauga, Ontario, Canada L5N 6X6 | 16.84 |
| Armadillo Enterprises, Inc.<br>1505 N. Florida Ave.<br>Tampa, FL 33602 | 2,199.75 |
| Mutec<br>P.O. Box 49<br>Deerfield, IL 60015-0049 | 104.64 |
| Kydd Basses<br>10 Chatham Road<br>Upper Darby, PA 19082-2402 | 68.92 |
| Industrial Services<br>P.O. Box 899<br>South Bend, IN 46624-0899 | 441.30 |

Roger Petit
178 Avenue Jean-Jaures
FR 93320 Les Pavillons S045 Bois, France        29.36
                                                $16,527.00


       Submitted this 23rd day of May, 2011.


       /s/ Joseph D. Bradley, Trustee
       JOSEPH D. BRADLEY, Trustee
       #11742-71
       105 E. Jefferson Blvd., Suite 512
       South Bend, IN 46601
       Telephone:  (574) 234-5091
       jdbjd@mindspring.com


## CERTIFICATE OF SERVICE

       The undersigned certifies that a true and correct copy of the foregoing NOTICE OF DEPOSIT OF UNCLAIMED FUNDS was served electronically upon the Office of the U.S. Trustee, at ustpregion10.so.ecf@usdoj.gov, this 23rd day of May, 2011.


       /s/ Joseph D. Bradley
       JOSEPH D. BRADLEY